# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Deanna C. Nelson,

    Plaintiff,

v.

Unknown Assailant(s),

    Defendant.

Case No. 19-cv-3023 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Deanna C. Nelson (Dkt. 2) is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/15/2020                              *s/Patrick J. Schiltz*
                                                     PATRICK J. SCHILTZ
                                                     United States District Court Judge